IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Blakey-Colburn, John R | Case Number: 07 B 16481 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 3/4/08 | Filed: 9/11/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 14, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 900.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 206.00 |
| Trustee Fee: | | 11.76 |
| Other Funds: | | 682.24 |
| Totals: | 900.00 | 900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Clerk of The US Bankruptcy Ct | Administrative | 206.00 | 206.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 172,756.67 | 0.00 |
| 4. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 144.51 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 884.28 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 563.37 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 615.37 | 0.00 |
| 9. | GMAC Mortgage Corporation | Secured | | No Claim Filed |
| 10. | Internal Revenue Service | Priority | | No Claim Filed |
| 11. | GMAC Mortgage Corporation | Unsecured | | No Claim Filed |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 175,170.20 | $ 206.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 11.76 |
| | _____ |
| | $ 11.76 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Blakey-Colburn, John R

Printed:  3/4/08

Case Number:  07 B 16481
Judge:  Hollis, Pamela S
Filed:  9/11/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

